IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES T. LIVSEY     PLAINTIFF

v.     Civil No. 4:10-cv-04174

NURSE KYM WILLIAMS, Head
Administrative Nurse, Miller County
Correctional Facility; CORRECTIONAL
HEALTHCARE COMPANIES; HEALTH
PROFESSIONALS, LTD., and
CORRECTIONAL HEALTHCARE
MANAGEMENT     DEFENDANTS

## MEMORANDUM OPINION

James T. Livsey filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. His complaint was filed *in forma pauperis* (IFP). The case is before me pursuant to the consent of the parties (ECF No. 9).

On August 25, 2011, I entered an order (ECF No. 14) granting the Defendants' motion to compel. Plaintiff was directed to provide the Defendants with discovery responses by September 6, 2011. On September 7, 2011, Defendants filed a motion to dismiss (ECF No. 15). In the motion, Defendants state they have not received the discovery responses from the Plaintiff. Plaintiff has not responded to the motion to dismiss. Defendants' motion to dismiss (ECF No. 14) will be granted by a separate order entered this same date.

DATED this 11th day of October 2011.

                                               /s/ Barry A. Bryant
                                               HON. BARRY A. BRYANT
                                               UNITED STATES MAGISTRATE JUDGE