IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES T. LIVSEY                                                                                    PLAINTIFF

v.                          Civil No. 4:10-cv-04174

NURSE KYM WILLIAMS, Head
Administrative Nurse, Miller County
Correctional Facility; CORRECTIONAL
HEALTHCARE COMPANIES; HEALTH
PROFESSIONALS, LTD., and
CORRECTIONAL HEALTHCARE
MANAGEMENT                                                                                      DEFENDANTS

## JUDGMENT

For the reasons stated in a memorandum opinion entered this same day, Defendants' motion to dismiss (ECF No. 15) is granted and this case dismissed with prejudice.

IT IS SO ORDERED this 11th day of October 2011.

                                              /s/ Barry A. Bryant
                                              HON. BARRY A. BRYANT
                                              UNITED STATES MAGISTRATE JUDGE